DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**VINCENT LEO POOLE,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2023-0072

[December 14, 2023]

***CORRECTED OPINION***

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Cheryl Caracuzzo, Judge; L.T. Case No. 50-2018-CF-006663-XXXX-MB.

Vincent Leo Poole, Doral, pro se.

Ashley Moody, Attorney General, Tallahassee, and Paul Patti, III, Senior Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

KLINGENSMITH, C.J., CONNER and FORST, JJ., concur.

\*        \*        \*

***Not final until disposition of timely filed motion for rehearing.***